# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ADRIAN FLORES BRITO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| vs. | ) | **Case No. 5:09-CV-1957-VEH-TMP** |
| | ) | |
| **J.C. GILES, Warden;** | ) | |
| **ATTORNEY GENERAL OF** | ) | |
| **THE STATE OF ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## **O R D E R**

On May 21, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 28th day of June, 2010.

/s/ Virginia Emerson Hopkins
**VIRGINIA EMERSON HOPKINS**
United States District Judge